IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West

Criminal Case No. 06-CR-00344-EWN

UNITED STATES OF AMERICA,

Plaintiff,

vs.

1. BRIAN RAY KARSTEN,

Defendant.

# ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

    Counsel for the Defendant has filed a Motion to Amend Magistrate's Order of Detention Pending Trial and it was referred to the Magistrate Judge by Judge Edward W. Nottingham on May 23, 2008, therefore;

    **IT IS HEREBY ORDERED** that the Government may have until May 30, 2008 to file a Response to Defendant's motion.

    **IT IS FURTHER ORDERED** that the hearing on Defendant's motion shall be before the Magistrate Judge in Durango, Colorado on June 3, 2006 at 10:30 a.m. Counsel for the Defendant may appear in person or by phone for the purposes of this hearing.

**DATED: May 23, 2008**

                                                      **BY THE COURT:**

                                                      **s/David L. West**
                                                      **United States Magistrate Judge**