IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Valeri P. Barnes, Courtroom Deputy  Date: June 5, 2008
Therese Lindblom, Court Reporter

Criminal Action No. 06-cr-00344-EWN

*Parties:*                                    *Counsel:*

UNITED STATES OF AMERICA,                     Todd Norvell

    Plaintiff,

v.

BRIAN RAY KARSTEN,                            Sean Paris
                                              Heather Marx
    Defendant.

---

# COURTROOM MINUTES

**HEARING: Motions**

**2:48 p.m.       Court in session.**

Defendant present in custody.

Also present: Colorado State Patrol Investigator Steven Nowlin.

Defendant arraigned on the Superseding Indictment.

Pleas of not guilty to Counts One through Nine of the Superseding Indictment were received and entered.

**ORDERED:** Defendant's Unopposed Motion to Continue Jury Trial and All Case Related Settings and Deadlines **(19)** is **granted.**
    **1)** Trial in this matter set for **June 23, 2008, at 9:00 a.m.** is **vacated** in accordance with the provisions of 18 U.S.C. § 3161(h)(8). Having

    considered all relevant factors including those enumerated in 18 U.S.C. § 3161(h)(8) and for the reasons set forth orally in the record, which reasons are incorporated herein by reference, the Court finds that the vacation of the trial date and its continuance to a later date serves the ends of justice and outweighs the interest of the public and the defendant in a speedy trial.

    **2)** Counsel is directed to Chambers, immediately after the hearing, to obtain a new trial date, new motions deadlines, and a new motions hearing date.

**ORDERED:** Defendant's Motion to Dismiss Indictment Pursuant to Fed.R.Crim.P.12(b)(3)(B) **(20)** is **denied as moot**.

**ORDERED:** Defendant's Motion to Amend Magistrate's Order of Detention Pending Trial [Doc. 13] **(21)** is

**ORDERED:** Defendant's Motion *in Limine* to Exclude all Evidence Relating to Drugs and Drug Paraphernalia **(25)** is **denied as moot**.

**ORDERED:** Defendant's Motion *in Limine* to Exclude all Evidence and references to Wildlife and Vehicles Seized on Property **(26)** is **denied as a Motion *in Limine,* without prejudice**.

**ORDERED:** Government's Motion to Quash Subpoena Pursuant to Rule 17(c)(2), Fed.R.Crim.P. **(37)** is **denied.**

**ORDERED:** The prosecutor shall obtain the personnel file of former Deputy Wes Orozco and shall produce all *Brady, Jencks* and *Giglio* material therefrom.

**ORDERED:** Defendant remanded to the custody of the United States Marshal.

**3:14 p.m.**     **Court in recess/hearing concluded.**

Total in-court time: 00:26