**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge David L. West**

**Criminal Case No. 06-CR-00344-EWN**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. BRIAN RAY KARSTEN,**

**Defendant.**

## ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

The Defendant's Motion for Review of Magistrate Judge's Order Dated June 3, 2008 [Doc. # 36] Pursuant to 18 U.S.C. § 3145(b) was referred to the Magistrate Judge by Chief Judge Edward Nottingham on July 28, 2008, and;

**IT IS HEREBY ORDERED** that if and when Pretrial Services determines that there is an opening at Independence House or Hilltop House, a hearing will be set on Defendant's Motion for Review of Detention.

**DATED: July 29, 2008.**

                                                  **BY THE COURT:**

                                                  **s/David L. West**
                                                  **United States Magistrate Judge**